**Fill in this information to identify the case**

Debtor 1 __Annette M. Williams__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __NORTHERN__ District of __IL__
   (State)

Case number  17-10001

# Form 4100R
## Response to Notice of Final Cure Payment                                            10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** JPMorgan Chase Bank, National Association

**Last 4 digits** of any number you use to identify the debtor's account:  0492

**Property address:** 1500 Maplewood Ave
   Number   Street

   Hanover Park  IL  60133
   City   State   Zip Code

**Court claim no.** (if known):

5

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   07/01/2018
   MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $_____

b. Total fees, charges, expenses, escrow, and costs outstanding:   (b) $_____

c. Total. Add lines a and b.   (c) $_____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___/___/____
   MM/DD/YYYY

Form 4100R            **Response to Notice of Final Cure Payment**            page **1**

17-013242_EAM1

Debtor 1 ___Annette M. Williams___     Case number (if known) 17-10001
     First Name    Middle Name    Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.
☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X ___/s/ Todd J. Ruchman___     Date ___May 25, 2018___
  Signature

Print:    Todd J. Ruchman      Title ___Attorneys for Creditor___

Company    Manley Deas Kochalski LLC

Address    P.O. Box 165028
         Number    Street

         Columbus OH  43216-5028
         City    State    ZIP Code

Contact phone    614-220-5611      Email ___amps@manleydeas.com___

Form 4100R      **Response to Notice of Final Cure Payment**      page **2**

17-013242_EAM1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Response to Notice of Final Cure was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

Marilyn O. Marshall, 224 South Michigan Ste 800, Chicago, IL 60604, courtdocs@chi13.com

Steven J Grace, Attorney for Annette M. Williams, 111 W. Washington St. ., Suite 1625, Chicago, IL 60602, stevengracelaw@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on May 25, 2018:

Annette M. Williams and Derrick Williams, 1500 Maplewood Ave, Hanover Park, IL 60133

/s/ Todd J. Ruchman

17-013242_EAM1