**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | : | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Annette M. Williams** | : | **Case No.: 17-10001** |
| | : | **Chapter 13** |
| **Debtor.** | : | **Judge Timothy A. Barnes** |
| | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |

# NOTICE OF WITHDRAWAL OF NOTICE OF FINAL CURE MORTGAGE PAYMENT RE: RULE 3002.1 (DOCKET NO. 36)

Now comes JPMorgan Chase Bank, National Association ("Movant") by and through counsel, and hereby withdraws its Notice of Final Cure Mortgage Payment re: Rule 3002.1 (Docket #36) which was filed in this Court on May 25, 2018.

    Respectfully submitted,

    /s/ Todd J. Ruchman
    Todd J. Ruchman (6271827)
    Keith Levy (6279243)
    Sarah E. Barngrover (28840-64)
    Adam B. Hall (0088234)
    Edward H. Cahill (0088985)
    Umair M. Malik (6304888)
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus OH 43216-5028
    614-220-5611; Fax: 614-627-8181
    Attorneys for Creditor
    The case attorney for this file is Todd J. Ruchman.
    Contact email is tjruchman@manleydeas.com

17-013242_KDV

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Withdrawal of Notice of Final Cure re: Rule 3002.1 was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

Marilyn O. Marshall, 224 South Michigan Ste 800, Chicago, IL 60604, courtdocs@chi13.com

Steven J Grace, Attorney for Annette M. Williams, 111 W. Washington St. ., Suite 1625, Chicago, IL 60602, stevengracelaw@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on May 25 , 2018:

Annette M. Williams and Derrick Williams, 1500 Maplewood Ave, Hanover Park, IL 60133

Chase Mtg, Po Box 24696, Columbus, OH 43224

/s/ Todd J. Ruchman

17-013242_KDV